## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Troy Barton, | : | Chapter 13 |
| | : | |
| Debtor. | : | Bky. No. 22-13334 (PMM) |

| | | |
|---|---|---|
| **Sybi Davis Individually** and as Executrix of the Estate of William J. Davis, | : | |
| Plaintiff, | : | |
| v. | : | Adv. No. 23-0015 (PMM) |
| Troy Barton, | : | |
| Defendant. | : | |

## ORDER CANCELING HEARING

**AND NOW**, upon consideration of the Debtor Defendant's amended Answer to the Complaint (doc. #49), clarifying the Defendant's position with regard to this Court's jurisdiction;

It is hereby **ordered** that the hearing scheduled for Wednesday, February 28, 2024 at 1:00 p.m. is **canceled**.

Dated: 2/26/24

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge